# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH,<br><br>          Plaintiff,<br><br>     v.<br><br>C. MUNOZ, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:13-cv-00387-BAM PC<br><br>ORDER STRIKING COMPLAINT FROM RECORD FOR LACK OF SIGNATURE<br><br>(ECF No. 1)<br><br>THIRTY-DAY DEADLINE |

Plaintiff Michael LeNoir Smith ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 18, 2013, Plaintiff filed an unsigned complaint. As unsigned documents cannot be considered by the Court, Plaintiff's complaint is HEREBY STRICKEN from the record. Fed. R. Civ. P. 11(a); Local Rule 131(b).

Plaintiff SHALL file an amended complaint within **thirty (30) days** from the date of service of this order. Failure to comply with this order will result in dismissal of this action in its entirety.

IT IS SO ORDERED.

Dated:  **March 20, 2013**             /s/ **Barbara A. McAuliffe**
                                              UNITED STATES MAGISTRATE JUDGE

1