1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   MICHAEL LENOIR SMITH,                     CASE NO. 1:13-cv-00387-BAM PC

10                        Plaintiff,          ORDER STRIKING COMPLAINT FROM
                                              RECORD FOR LACK OF SIGNATURE
11          v.
                                              (ECF No. 1)
12   C. MUNOZ, et al.,
                                              THIRTY-DAY DEADLINE
13                        Defendants.
                                    /
14

15          Plaintiff Michael LeNoir Smith ("Plaintiff") is a state prisoner proceeding pro se in this civil

16   rights action pursuant to 42 U.S.C. § 1983.  On March 18, 2013, Plaintiff filed an unsigned

17   complaint.  As unsigned documents cannot be considered by the Court, Plaintiff's complaint is

18   HEREBY STRICKEN from the record.  Fed. R. Civ. P. 11(a); Local Rule 131(b).

19          Plaintiff SHALL file an amended complaint within **thirty (30) days** from the date of service

20   of this order.  Failure to comply with this order will result in dismissal of this action in its entirety.

21          IT IS SO ORDERED.

22   **Dated:**    **March 20, 2013**                    _____/s/ **Barbara A. McAuliffe**_____
                                                              UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28

                                                  1