IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH, | 1:13-cv-00387-BAM (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | OR PAY FILING FEE WITHIN 45 DAYS |
| C. MUNOZ, et al., | |
| Defendants. / | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 18, 2013. Plaintiff neither paid the $350.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, it is HEREBY ORDERED that:

Within **forty-five (45) days** from the date of service of this order, plaintiff shall either pay the $350.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and signed. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **March 20, 2013**          /s/ **Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE

-1-