# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH, | CASE NO. 1:13-cv-00387-BAM PC |
| Plaintiff, | ORDER DENYING MOTION AND REQUEST TO AMEND COMPLAINT AS MOOT |
| v. | (ECF No. 5) |
| C. MUNOZ, et al., | |
| Defendants. | |

Plaintiff Michael LeNoir Smith ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action. Plaintiff originally filed his complaint on March 18, 2013. (ECF No. 1.) On March 20, 2013, the Court ordered Plaintiff's complaint stricken from the record because it was unsigned. The Court also directed Plaintiff to file an amended complaint within thirty (30) days from the date of service of its order. (ECF No. 3.) On March 27, 2013, Plaintiff filed a motion and request to amend his complaint. He also filed an Amended Complaint. (ECF Nos. 5, 6.)

Plaintiff's motion to amend his complaint is unnecessary. The Court directed Plaintiff to file a signed amended complaint and Plaintiff has complied with that order. Accordingly, Plaintiff's motion and request to amend his complaint is DENIED as moot.

IT IS SO ORDERED.

Dated:   **March 28, 2013**          /s/ **Barbara A. McAuliffe**
                                                            UNITED STATES MAGISTRATE JUDGE

1